UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00485-GNS

NAUTILUS INSURANCE COMPANY                                              PLAINTIFF

v.

SOCAYR SFH, LLC d/b/a CRPS LIMITED
PARTNERSHIP PG1 #1-6; and
MICHESHIA NORMENT, as administratrix of
the Estate of Dequante Hobbs, Jr.                                       DEFENDANTS

## JUDGMENT

This matter is before the Court on Defendants' Motions to Dismiss (DNs 22, 26). The Court on this date having issued its Memorandum Opinion and Order granting the motions and declining to exercise jurisdiction over this matter.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

June 16, 2020

cc:   counsel of record